FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 24 2024

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JESSE J. WILLIAMS, A/K/A
"JESSE JAMES WILLIAMS JR.,"
A/K/A "ERIC PARKER," A/K/A
"ERIC PORTER"

Criminal Indictment

No. 1:24-CR-0311

THE GRAND JURY CHARGES THAT:

Beginning on or about April 29, 2024, and continuing until May 29, 2024, in the Northern District of Georgia, the defendant, JESSE J. WILLIAMS, A/K/A "JESSE JAMES WILLIAMS JR.," A/K/A "ERIC PARKER," A/K/A "ERIC PORTER," knowing that he had been previously convicted of at least one of the following crimes:

- Burglary on or about November 16, 1995, in the Superior Court of DeKalb County, Georgia;

- Possession of Cocaine with Intent to Distribute and Possession of a Firearm During the Commission of a Crime on or about January 24, 1995, in the Superior Court of Cobb County, Georgia;

- Theft by Receiving Stolen Property on or about July 19, 2002, in the Superior Court of DeKalb County, Georgia;

- Possession of Cocaine with Intent to Distribute and Sale of Cocaine on or about October 7, 2003, in the Superior Court of Fulton County, Georgia;

- Possession of Cocaine with Intent to Distribute, Possession of a Firearm by a Convicted Felon and Carrying a Concealed Weapon on or about April 27, 2006, in the Superior Court of DeKalb County, Georgia;
- Possession of Cocaine with Intent to Distribute on or about January 3, 2011, in the Superior Court of DeKalb County, Georgia;
- Robbery and Robbery By Force on or about January 3, 2011, in the Superior Court of DeKalb County, Georgia; and
- Voluntary Manslaughter and Possession of a Firearm by a Convicted Felon on or about January 3, 2011, in the Superior Court of DeKalb County, Georgia,

each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were previous convictions for either a violent felony or serious drug offense committed on occasions different from one another, did knowingly possess a firearm; that is, a Glock, Model 43X, 9mm, handgun, said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### Sentencing Allegation (18 U.S.C. § 924(e)(1))

Before the defendant, JESSE J. WILLIAMS, A/K/A "JESSE JAMES WILLIAMS JR.," A/K/A "ERIC PARKER," A/K/A "ERIC PORTER," committed the offense charged in Count One of this Indictment, he had at least three previous convictions for violent felonies or serious drug offenses committed on occasions different from one another.

### Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, JESSE J. WILLIAMS, A/K/A "JESSE JAMES WILLIAMS JR.," A/K/A "ERIC PARKER," A/K/A "ERIC PORTER," shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in and used in the commission of the offense, including, but not limited to: one (1) Glock, Model 43X, 9mm, handgun.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property described above.

A _____true_____ BILL

_____[signature]_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*Dashene A. Cooper*
DASHENE A. COOPER
*Assistant United States Attorney*
Georgia Bar No. 385738

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4