# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. |
| v. | 1:24-CR-00311-SDG-RGV-1 |
| JESSE J. WILLIAMS, | |
| Defendant. | |

## ORDER

Following an evidentiary hearing on July 11, 2025, and after careful review of the parties' post-hearing briefings, the Court rules as follows:

- Defendant's motion to suppress evidence [ECF 22] is **DENIED**.

- Defendant's motion to suppress statements [ECF 23] is **DENIED**.

- Defendant's motion to dismiss indictment on speedy trial grounds [ECF 28] is **DENIED**.

Further, the Court has carefully reviewed United States Chief Magistrate Judge Russell G. Vineyard's Report & Recommendation [ECF 65] and Defendant's objections thereto. Following a *de novo* review, the Court **ADOPTS** the Report and Recommendation in its entirety. Defendant's motion to dismiss indictment [ECF 29], as amended [ECF 30], is **DENIED**.

A separate Opinion & Order will follow if this case proceeds to trial. Trial of this case remains scheduled to begin on December 15, 2025, with a Pretrial

Conference scheduled on December 2, 2025, at 11:00 am. Counsel are reminded to review the Court's Order Setting Trial [ECF 61] for pretrial deadlines and instructions.

**SO ORDERED** this 30th day of October, 2025.

Steven D. Grimberg
United States District Court Judge